Frank L. Leesch, defendant in error, v. A. L. Nichols, plaintiff in error.   Gen. No. 32,706.

Opinion filed November 27, 1928.

John A. Bloomingston, for plaintiff in error. Finn & Miller, for defendant in error; Robert S. Cook, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.